April 23, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

IN THE MATTER OF THE MARRIAGE OF CLIFFORD LAYNE HARRISON AND CONNIE VASQUEZ HARRISON AND IN THE JOINT INTEREST OF JOHN ERNEST LEE HARRISON II, AND VICTORIA MADELINE HARRISON, CHILDREN,

NO. 14-14-00915-CV

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on October 24, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant.

We further order this decision certified below for observance.